IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| ACP MASTER, LTD., *et al.*, | § | |
| | § | |
| Plaintiffs Below, | § | No. 382, 2017 |
| Appellants, | § | |
| | § | Court Below: Court of Chancery |
| v. | § | of the State of Delaware |
| | § | |
| SPRINT CORPORATION, *et al.*, | § | C.A. No. 8508-VCL |
| | § | |
| Defendants Below, | § | |
| Appellees. | § | |
| | § | |
| ACP MASTER, LTD., *et al.*, | § | |
| | § | |
| Plaintiffs Below, | § | No. 380, 2017 |
| Appellants, | § | |
| | § | Court Below: Court of Chancery |
| v. | § | of the State of Delaware |
| | § | |
| CLEARWIRE CORPORATION, | § | C.A. No. 9042-VCL |
| | § | |
| Defendant Below, | § | |
| Appellee. | § | |

Submitted: April 18, 2018
Decided: April 23, 2018

Before **STRINE**, Chief Justice; **VALIHURA**, **VAUGHN**, and **TRAYNOR**, Justices; and **JOHNSTON**, Judge[1] constituting the Court *en Banc*.

## **O R D E R**

This 23rd day of April 2018, we affirm the judgment of the Court of Chancery

on the basis of its opinion dated July 21, 2017.[2]

---

[1] Sitting by designation under Del. Const. art. IV § 12.
[2] *ACP Master, Ltd. v. Sprint Corp.*, 2017 WL 3421142 (Del. Ch. July 21, 2017).

NOW, THEREFORE, IT IS ORDERED that the judgment of the Court of Chancery is hereby AFFIRMED.

BY THE COURT:

*/s/ Leo E. Strine, Jr.*

Chief Justice